### 19811. TOWNSEND *v.* ANDERSON-BUTLER COMPANY.

BLOODWORTH, J. 1. The fourth ground of the motion for a new trial is but an amplification of the preceding general grounds. As far as the remaining ground properly presents anything for consideration of this court, it is without merit.

2. The verdict is supported by evidence and is approved by the trial judge, and this court, in the absence of some error of law, can not disturb it.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED AUGUST 23, 1929.

*W. T. Townsend,* for plaintiff. *L. M. Blair,* for defendant.